IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ERIC CONARD DAVIDSON, #139503, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-cv-0532-MEF |
| ) | WO |
| C.O.I. TYRONE HUNT, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #42) to the Recommendation of the Magistrate Judge (Doc. #37) filed on July 6, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on June 8, 2006 is adopted;

3. Defendants Hurt, Biggers, Young and Wilson's motion for summary judgment with respect to plaintiff's excessive force claim (Doc. #23, 27) is DENIED.

4. Plaintiff's complaint against Defendant Derrick Carter is DISMISSED and this defendant is DISMISSED as a party to the complaint.

5. Defendants Campbell, Holt, Boyd and Specks are DISMISSED as parties to this cause of action.

6. Plaintiff's excessive force claim against defendants Hurt, Wilson, Young and Biggers will be set for trial.

DONE this the 10th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE