IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ERIC CONARD DAVIDSON, #139503,   )
                                 )
        Plaintiff,               )
                                 )
v.                               )   CASE NO.  2:04-cv-0532-MEF
                                 )               WO
C.O.I. TYRONE HUNT, *et al.,*    )
                                 )
        Defendants.              )

# **O R D E R**

It is hereby ORDERED that this case is set for a scheduling conference on September

6, 2006 at 9:00 a.m. by conference call arranged by counsel for the defendants.

DONE this 10th day of July, 2006.


_____
                        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE